UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, <br>     Plaintiffs, <br><br> vs. <br><br> C.M.A. MORTGAGE, INC., d/b/a/ EMINENT MORTGAGE COMPANY and JASON WANEK, <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | 1:06-cv-1044- SEB-JMS |

# **FINAL JUDGMENT**

The Court this date by separate entry DENIED the summary judgment motion of Plaintiff and GRANTED the summary judgment motion of Defendants. Accordingly, it is DECLARED that American Family Mutual Insurance Company has a duty to defend C.M.A. Mortgage, Inc. against the FCRA claims raised by Jason Wanek in contemporaneous litigation now pending before the United States District court for the Northern District of Illinois.

Date: 03/31/2008

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:
Jill Christine Anderson
FREEBORN & PETERS LLP
janderson@freebornpeters.com

Monica Renee Brownewell Smith
BARNES & THORNBURG LLP
monica.brownewell@btlaw.com

Robert R. Clark
SOMMER BARNARD ATTORNEYS, PC
rclark@sommerbarnard.com

Joseph L. Fogel
FREEBORN & PETERS LLP
311 S. Wacker Drive, Suite 300
Chicago, IL 60606-6677

Michael Joseph Kelly
FREEBORN & PETERS LLP
mkelly@freebornpeters.com

Robert D. MacGill
BARNES & THORNBURG LLP
rmacgill@btlaw.com

Mark M. Maloney
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, GA 30309

Paul J. Murphy
KING & SPALDING LLP
pmurphy@kslaw.com

Ranse Murphy Partin
KING & SPALDING LLP
rpartin@kslaw.com