## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### NOTICE OF ISSUANCE OF MANDATE

November 19, 2008

**FILED**

NOV 2 1 2008

⎧ ⎫
IN⸱  ⸺RK'S OFFICE
      ⸱OLIS, INDIANA

To: Laura Briggs
UNITED STATES DISTRICT COURT
Southern District of Indiana
United States Courthouse
Indianapolis, IN 46204-0000

| No.: 08-2055 | AMERICAN FAMILY MUTUAL INSURANCE COMPANY, Plaintiff - Appellant<br><br>v.<br><br>C.M.A. MORTGAGE, INCORPORATED, doing business as EMINENT MORTGAGE COMPANY, and JASON WANEK, Defendants - Appellees |
|---|---|

**Originating Case Information:**

District Court No: 1:06-cv-01044-SEB-JMS
Southern District of Indiana, Indianapolis Division
Court Reporter Fred Pratt
Clerk/Agency Rep Laura Briggs
District Judge Sarah Barker

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:        No record to be returned

**NOTE TO COUNSEL:**
If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

------------------------------------

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                                    **Received by:**

_____                    _____*Theresa M. Amato*_____
                                             Deputy Clerk. U.S. District Court

form name: **c7_Mandate** (form ID: **135**)

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**CERTIFIED COPY**

**ORDER**

October 28, 2008

*By the Court:*

| | AMERICAN FAMILY MUTUAL INSURANCE COMPANY, Plaintiff - Appellant |
|---|---|
| No.: 08-2055 | v. |
| | C.M.A. MORTGAGE, INCORPORATED, doing business as EMINENT MORTGAGE COMPANY, and JASON WANEK, Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:06-cv-01044-SEB-JMS Southern District of Indiana, Indianapolis Division District Judge Sarah Barker | |

FILED NOV 21 2008 U.S. CLERK'S OFFICE INDIANAPOLIS, INDIANA

The following are before the court:

1.  **APPELLEE'S MOTION TO DISMISS APPEAL FOR LACK OF JURISDICTION,** filed on October 21, 2008, by counsel for the appellees.

2.  **APPELLEE'S STATEMENT AS TO DISTRICT COURT PROCEEDINGS AND IN FURTHER SUPPORT OF WANEK'S MOTION TO DISMISS APPEAL FOR LACK OF JURISDICTION,** filed on October 23, 2008, by counsel for the appellees.

3.  **APPELLANT'S MOTION TO REMAND FOR REVISION OF JUDGMENT,** filed on October 28, 2008, by counsel for the appellant.

In light of the district court's indication that it would like to modify the final judgment,

**IT IS ORDERED** that this appeal is **REMANDED** pursuant to Circuit Rule 57 for further proceedings consistent with the district court's October 21, 2008 order. The parties are reminded that "[a]ny party dissatisfied with the judgment as modified must file a fresh notice of appeal." Cir. R. 57. Oral argument in this appeal set for November 4, 2008, is **VACATED,** and the clerk shall distribute a copy of this order to the assigned merits panel.

form name: c7_Order_BTC (form ID: 178)